Saturday,
December 8.

MANSON and Another v. BLAIR.

APPEAL from the *Montgomery* Circuit Court.

PERKINS, J.—Suit upon a contract, a copy of which was filed with the complaint. Answer in general denial. Trial by jury. Verdict and judgment for the plaintiffs.

On the trial the Court permitted a copy of the contract to be given in evidence, without the absence of the original being accounted for. The defendant excepted.

This was error; but it was not specifically assigned as ground for a new trial. We perceive no other error.

*Per Curiam.*—The judgment is affirmed, with costs, and 1 per cent. damages.

*Thompson* and *Ristine*, and *D. W. Voorhees*, for appellants.